**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01143-CR

**APRIL MICHELLE FLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR18-0971**

## ORDER

Appellant timely filed her pro se notice of appeal on September 13, 2019.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is indigent and entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is indigent and entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not indigent and not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent her in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
         JUSTICE